**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 14-02097-VAP (KKx)                              Date:  January 13, 2015

Title:   BNI ENTERPRISES, INC., A CALIFORNIA CORPORATION, et al. -v- REFERRAL LEADERS INTERNATIONAL, LLC A MISSOURI LIMITED LIABILITY COMPANY, et al.
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

      Marva Dillard                                    None Present
      Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                      ATTORNEYS PRESENT FOR
PLAINTIFFS:                                DEFENDANTS:

      None                                       None

PROCEEDINGS:        ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR (IN CHAMBERS)

      On November 18, 2014, the Court issued an Order setting a scheduling conference in this matter for 1:30 p.m. on January 12, 2015.  (Doc. No. 13.)  This order stated, in part, that "ALL LEAD TRIAL COUNSEL MUST BE PRESENT. Failure to comply may lead to the imposition of sanctions."  (<u>Id.</u>)  Defendant Timothy A. Chin failed to appear at the scheduling conference, in violation of Local Rule 16-13.

EDCV 14-02097-VAP (KKx)
BNI ENTERPRISES, INC., etc., et al. v. REFERRAL LEADERS INTERNATIONAL, etc., et al.
MINUTE ORDER of January 13, 2015

      The Court therefore ORDERS Chin to show cause, in writing, no later than January 26, 2015, why his answer should not be stricken and default should not be entered against him.

      **IT IS SO ORDERED.**