**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 14-02097-VAP (KKx)                              Date:  February 12, 2015

Title:     BNI ENTERPRISES, INC., etc., et al. -v- REFERRAL LEADERS INTERNATIONAL, etc., et al.
================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

          Marva Dillard                              None Present
          Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

          None                                       None

PROCEEDINGS:       ORDER EXTENDING TIME TO RESPOND TO ORDER TO SHOW CAUSE (IN CHAMBERS)

     On January 13, 2015, the Court issued an Order to Show Cause ("OSC") to pro se Defendant Timothy A. Chin ("Chin") for failure to appear at the January 12, 2015 scheduling conference.  (Doc. No. 22.)  The OSC required Chin to show cause, in writing, by no later than January 26, 2015, why his Answer should not be stricken and default should not be entered against him for failure to appear.

     On January 27, 2015, counsel for Chin and Defendant Referral Leaders International substituted in to the case.  (Doc. Nos. 24, 25.)  Although Chin has not responded timely to the OSC, the Court will extend the time for defense counsel to

**EDCV 14-02097-VAP (KKx)**
**BNI ENTERPRISES, INC., etc., et al.  v. REFERRAL LEADERS INTERNATIONAL, etc., et al.**
**MINUTE ORDER of February 12, 2015**

file a response.  Accordingly, the Court ORDERS that Chin respond to the OSC, in writing, by no later than February 23, 2015.  Failure to file a Response will result in the Court striking Chin's Answer and entering default against him.

**IT IS SO ORDERED.**