JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BNI ENTERPRISES, INC., etc., et al., | Case No. EDCV 14-02097-VAP (KKx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| REFERRAL LEADERS INTERNATIONAL, etc., et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs BNI Enterprises, Inc., and BNI Franchise Corp. (collectively, "BNI"), and against Defendants Referral Leaders International, LLC ("RLI"), and Timothy A. Chin ("Chin").

　　The Court awards BNI damages against RLI and Chin, jointly and severally, in the amount of $67,888.50. The

Court also awards exemplary damages against Chin only, in the amount of $10,000.00.  BNI shall recover attorney's fees of $4,755.54 and costs in the amount of $2,195.68.  BNI is also entitled to interest pursuant to 28 U.S.C. § 1961(a), beginning on the date of judgment and calculated as provided in that section.

Furthermore, the Court issues the following permanent injunction against Defendants Timothy Chin and Referral Leaders International, LLC:

Defendants and each of their principals, officers, agents, servants, employees, parents, subsidiaries, affiliates, attorneys as well as other persons and/or entities in concert and participation with them who have notice of this Order and its accompanying Judgment are enjoined, pending trial in this action, from:

   (a) soliciting BNI members, leadership team and independent contractors and inducing them to breach their agreements with BNI or otherwise interfering with their relationship with BNI;

   (b) disseminating false statements regarding the services of BNI and/or the services of Defendants in commercial advertising or promotion;

     (c) assisting, directing, authorizing, ordering, facilitating, aiding, or abetting, whether directly or indirectly, any other individual or entity in engaging in or performing any of the activities referenced in the above subparagraphs (a) through (b).

Dated: July 27, 2015

_____
VIRGINIA A. PHILLIPS
United States District Judge

3